# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

FILED
06/16/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

TERRANCE SWANN,
    Plaintiff,

v.  Case No. 1:23-cv-01068-JRS-MG

DR. JASON CARTER, et al.,
    Defendant.

## U.S.C. 1983 COMPLAINT

Plaintiff, Terrance Swann, pro se, now states:

## Introduction (1)

1. This lawsuit concerns 8th Amendment violations. Defendants in this action violated 8th Amendment by delaying treatment to a serious medical need and taking a course of treatment that the defendant knew or should have known was ineffective.

2. This lawsuit concerns Monell claims set out in Monell v. Dep't of Soc. Servs., 436 U.S. 658; Centurion Health of Indiana, LLC, has a practice, custom and policy that violates the plaintiff's Eighth Amendments.

1

## Jurisdiction (2)

3. This lawsuit arise in the Southern District. This Court has jurisdiction of this case pursuant to 28 U.S.C. Section 1331 and 1342

4. This lawsuit arise under 42 U.S.C. Section 1983 to redress the deprivation of rights, prileges and immunities secured by the United States Constitution.

## Parties (3)

5. Plaintiff, Terrance Swann, at all relevant times to this Complaint was housed at New Castle Corr. Facility, address: New Castle Corr. Facility, 1000 Van Nuys Rd., P.O. Box A, New Castle, IN 47362.

6. Defendant, Dr. Jason Carter, at all relevant times to this Complaint acted as the "Practioner" for Centurion Health of Indiana, LLC., who he is employed by and from that employment acted as "Health Care Provider" for New Castle Corr. Facility. Dr. Jason Carter is being sued in his individual and official capacity, address: New Castle Corr. Facility, 1000 Van Nuys Rd., New Castle, IN 47362.

7. Defendant, Nurse Holly Denman, at all times relevant to this Complaint acted as a "Registered Nurse" for Centurion Health of Indiana, LLC., who she is employed by and from that employment acted as a "Nurse" for New Castle Corr. Facility.

Holly Denman is being sued in her individual and official capacity. address: New Castle Corr. Facility, 1000 Van Nuys Rd., New Castle, IN 47362.

8. Defendant, Centurion Health of Indiana, LLC., at all times relevant to this complaint acted as the Health Care Provider for the Indiana Department of Correction. Centurion is being sued in their official and individual capacity. address: 9245 N. Meridian, Ste 111, Indianapolis, IN 46260.

## Statement of Facts (4)

9. Plaintiff was transferred from Wabash Valley Corr. Facility to New Castle Corr Facility at the end of January, 2023.

10. Nurse Holly Denman provided the Plaintiff initial intake health screening 3-4 days after the Plaintiff arrived at New Castle. The requirement as part of that initial intake health screening the plaintiff was given a a form that ask about his current health problems. The Plaintiff notified Holly Denman both verbally and on the form that the plaintiff suffered from chronic back pain. Nurse Denman told the plaintiff that as a new

---

1. Plaintiff suffered a back injury at Wabash Valley Corr. Facility, Plaintiff previously sought to get his pain medication changed because he was in constant pain still.

arrival he would automatically be scheduled to see the. Also during this initial screening informed Nurse Denman his pain meds did not work.

11. On 2/19/23 the plaintiff turned in a Health Care Request Form (HCRF) requesting a bottom bunk pass because he was on pain medication and wheres a back brace; and if the plaintiff back goes out there was no way he could climb a top bunk.[2] Nurse Denman refused to give the plaintiff a bottom bunk pass because he did not qualify (was her response).[3]

12. On March 13th, 2023, the plaintiff filled out a HCRF notifying Centurion medical staff that he never recieved a proper review of his back injury, that he was in very bad pain and that he was having back spasm last week; On March 13, 2023, while standing in the medication line to recieve medication and to give Nurse Denman his HCRF. While waiting in line a white offender started to complain to Nurse Denman about one of the African imigrant nurses. This offender then

---

2. When the Plaintiff back goes out the plaintiff is paralyze by pain for 3-4 days, then is left in a shuffle movement for 1 and ½

3. Plaintiff's condition mandates a bottom bunk pass by most health care providers.

4. Plaintiff's HCRF #560837 is misdated as March 16, 2023. Correct date is March 13, 2023, the day of the incident.

started to imitate the African imigrant nurse's accent. This caused Nurse Denman, Nurse Jessica and a male escorting officer to all start laughing. The Plaintiff spoke up about the racial undertone and unprofessionalism of their actions this caused a white supremacy offender to speak out and an altercation occured. After the incident the plaintiff handed Nurse Denman two health care form and recieve his medication.

13. The Plaintiff started to place/submit HCRF weekly because he was not being triage nor was his HCRF was not being sent back with responses.

14. On March 26, 2023, notifying Centurion medical staff he was sufferring very bad back pain that felt like shock waves and that his back felt like it was going out. The Plaintiff notified them that this was his second HCRF And that he had not been called out or recieve any response; Plaintiff notified medical staff that his back pain medication was not working.

15. On April 4, 2023, the Plaintiff submitted another HCRF complaining of extreme lower back pain; that this was his third HCRF and that he was not recieving any responses to his HCRF(s)[5].

---

[5]. Plaintiff's denial of a bottom bunk pass when he first was placed on a top bunk and medical staff delay all together exacerbated the plaintiff's chronic back pain.

16. The Plaintiff submitted several other HCRF(s) that went unanswered. On April 22, 2023 the plaintiff was triage by Jane Doe (African Imigrant Nurse). During this nurse sick call assessment. The plaintiff ask about his missing HCRF(s). Nurse Jane Doe said there was no record of the plaintiff submitting past HCRF's. The Plaintiff then pointing out the fact that his current HCRF Nurse Jane Doe had in her possession was complaining that this was the 6th HCRF that has went unanswered; that plaintiff was in very extreme back pain. Nurse Jane Done then put the plaintiff in to see the Health Care Provider.

17. On April 25, 2023, the Plaintiff was seen by Dr. Jason Carter. The Plaintiff notified Dr. Carter that his current pain medication was ineffective for his lower back pain. Dr. Carter reviewed the plaintiff's medical records, ask the plaintiff a few questions and concluded that the plaintiff suffered from herniated disc (without assessing the plaintiff physically). Dr. Carter then discontinued the plaintiff "keppra", telling the plaintiff "keppra" did not work. Dr. Carter then prescribe ineffective pain medication "Tylenol" 500 mg, muscle rub and 4 weeks of physical therapy (one time a week).[6]

---

6. The Plaintiff had previously been prescribed "Tylenol" and had submitted HCRF notifying Centurion medical staff that his pain medication was ineffective in which Dr. Carter had knowledge of this

18. On April 27, 2023, the plaintiff notified Nurse Denman and Dr. Carter that he was already prescribe "Tylenol" previously and it was ineffective then and is ineffective now. The plaintiff informed them that he was currently in very bad pain. The Plaintiff's HCRF was never answered.

19. On April 27, 2023; May 2, 2023 and May 18, 2023 the plaintiff recieved three (3) HCRF back that was falsified by Nurse Holly Denman with false entries that the plaintiff was seen for Nurse Sick Call (NSC) and Chronic Care (CC).[7]

20. Centurion Health of Indiana has a hiring practice that keeps IDOC Facilities and G.E.O. New Castle Corr. Facility under staff to save money. This practice causes delays in medical treatment to serious medical needs in which Centurion is unable to follow IDOC Policy "Access to Health Care" 2.04A.(VII)(A) which requires "triage" within 24hr and "practioner appointments" within 7 days.[8]

21. Centurion Health of Indiana has a practice of hiring bad medical staff that has been fired by Health Care Companies like Corizion and Wexford

---

7. The Plaintiff's grievance respondent gave the days the plaintiff was seen by medical and the dentist. These dates confirm that Nurse Denman made false entries.

8. Centurion practice delayed treatment to the Plaintiff Serious medica

; Centurion Health of Indiana also has a practice of not firing medical staff who have failed to follow IDOC "Access to Health Care" Policy 2.04A and Centurion own Health Care protocol. This practice has allowed Nurse Holly Denman to operate in a wilful and wanton manner in which she has maliciously falsified the plaintiff's medical records, this action denied and delayed the plaintiff's access to health care; caused unecessary pain and suffering.

22. The Plaintiff was called out to see Dr. Carter today, June 6, 2023. Dr. Carter did not only know that the plaintiff put in the health care request about the plaintiff pain medication not working but also did not know the plaintiff had been urinating blood and had a large knot on his right testacle. When the plaintiff address both issues Dr. Carter shocked the plaintiff by trying to order "Acetaminophen" (Tylenol) and Physical Therapy again. The Plaintiff explain to Dr. Carter that he had already pursued this course of treatment. Dr. Carter told the plaintiff that their was nothing he could do further for the plaintiff back pain. The plaintiff then remembered that Dr. Carter said he would try "Trileptal" next. However, when the plaintiff told Dr. Carter this. Dr. Carter told the plaintiff "Trileptal" does not work for herniated or slip disc but still order it any way for a 6 week trial period;

Centurion Health of Indiana under staffing practice in order to save money and maximize profits Centurion lacks a procedural policy that requires "practitioners" to review medical record and chart out a course of treatment. Centurion Health "practitioner" have develop a practice of making every encounter as if it was the first time addressing a medical treatment. This practice causes delays in treatment to serious medical needs and further causes unecessary pain and suffering.

## Relief (5)

23. Plaintiff seeks compensatory and punitive damages in the amount of $1,500,000;

24. Plaintiff seek declaratory judgment that Centurion Health of Indiana did operate in a manner that violated the Plaintiff Eighth Amendment;

25. Plaintiff seeks a TRO against Nurse Holly Denman and Injunctive Relief that includes Dr. Jason Carter;

26. Plaintiff seeks all other relief that is just and proper.

Date: 6/6/23

*Terrance Swann*

Terrance D. Swann #956680
New Castle Corr. Facility
1000 Van Nuys Rd.
P.O. Box A
New Castle, IN 47362