UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERRANCE D. SWANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:23-cv-01068-JRS-MG |
| | ) |
| JASON CARTER, et al., | ) |
| | ) |
| Defendants. | ) |

**Entry Directing Clerk to Close Action Pursuant to Notice of Dismissal**

Plaintiff has filed a motion to dismiss this case without prejudice. The Court construes the motion, dkt. [13], as a notice of dismissal. Fed. R. Civ. P. 41(a)(1)(A)(i). The notice is self-effectuating, and this action is now **DISMISSED without prejudice**. The **clerk is directed** to close this action on the docket. No final judgment is required.

All pending motions, dkt. [2] and dkt. [12], are **DENIED without prejudice**.

**IT IS SO ORDERED.**

Date: 11/15/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

TERRANCE D. SWANN
956680
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362